Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

Eastern District of Texas

300 Willow
Suite 112
Beaumont, TX 77701

---

Bankruptcy Proceeding No.: 18−10368
Chapter: 13
Judge: Joshua Searcy

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Owen Fletcher Jr.
5375 Fairview Ave
Beaumont, TX 77705

Bertha L. Fletcher
5375 Fairview Ave
Beaumont, TX 77705

Social Security / Individual Taxpayer ID No.:
xxx−xx−5675

xxx−xx−4032

Employer Tax ID / Other nos.:

---

PLEASE TAKE NOTICE that a hearing will be held at

Jack Brooks Federal Courthouse, 300 Willow, Suite 112, Beaumont, TX 77701

on 6/13/24 at 09:45 AM

to consider and act upon the following:

48 − Second Motion to Modify Confirmed Chapter 13 Plan Filed by Bertha L. Fletcher, Owen Fletcher Jr. (Attachments: # 1 Proposed Order) (Barron, Robert)

Dated: 4/8/24

Jason K. McDonald
Clerk, U.S. Bankruptcy Court